The People of the State of Illinois, defendant in error, v. Leopold Oesterreicher, plaintiff in error. Gen. No. 24,410.

Contempt proceeding for alteration of instrument after its introduction in evidence. Judgment of guilty. Error to the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed. Opinion filed May 21, 1919. Rehearing denied June 2, 1919.

A. G. Dicus, for plaintiff in error. Israel Cowen, for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Ralph S. Piper, defendant in error, v. Minnie E. Piper, plaintiff in error. Gen. No. 24,897.

Action by husband for divorce. Decree for plaintiff, and awarding defendant alimony. Error to the Circuit Court of Cook county; the Hon. Merritt W. Pinckney, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Writ of error dismissed. Opinion filed May 21, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Cuthbert D. Potts and Edward Roby, for plaintiff in error. Beach & Beach, for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Peter M. Hoffman for use of Chicago Gravel Company, plaintiff in error, v. Jennie S. Paradis and Bankers' Surety Company, defendants in error. Gen. No. 18,693.

Action on replevin bond. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Affirmed. Opinion filed May 21, 1919.

Hoag & Ullmann, for plaintiff in error. E. C. Mapledoram and Gustav E. Beerly, for defendants in error.

Mr. Justice Taylor delivered the opinion of the court.

---

James J. Harty, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 24,305.

Action to recover for personal injury to street car passenger by falling off, or being thrown off, car. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed with a finding of fact. Opinion filed May 21, 1919.

Franklin B. Hussey and Frank L. Kriete, for appellants; W. W. Gurley and J. R. Guilliams, of counsel. George E. Gorman, for appellee.

Mr. Justice Taylor delivered the opinion of the court.